## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Gerald Maher

                                   Plaintiff,

v.                                                       Case No.: 1:12−cv−02684
                                                              Honorable James B. Zagel

Chase Bankcard Services, Inc., et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 30, 2012:

      MINUTE entry before Honorable James B. Zagel:Pursuant to notice, case is hereby dismissed with prejudice and without costs as to the individual claims. Putative class claims are hereby dismissed without prejudice. Motion to certify class [6] is denied as moot. Motion to certify class [9] is denied as moot. Civil case terminated. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.